

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00412-CV

MARVIN L. TROUTMAN, Appellant

§ On Appeal from County Court at Law No. 1

§ of Parker County (CIV-20-0419)

V.

§ August 18, 2022

NASA FEDERAL CREDIT UNION, Appellee

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Marvin L. Troutman shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
        Justice Mike Wallach